IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| WILLIAM E. BEED, SR., Heir at Law of WILLIAM E. BEED, JR., Deceased, JUDY BEED, Heir at Law, APRIL BEED, Heir at Law and JOY GRAHAM on Behalf of ALEEIA BEED, a Minor Child and Heir at Law, <br><br> Plaintiffs, <br><br> vs. <br><br> PINNACLE REALTY MANAGEMENT COMPANY D/B/A PR MANAGEMENT COMPANY A/K/A THE WILLOWS APARTMENTS <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § CASE NUMBER 05-4018 |

## JUDGMENT

BE IT REMEMBERED that on this 24th day of May 24, 2006, came the parties in the above entitled and numbered cause, to wit: Plaintiffs, **JOY GRAHAM ON BEHALF OF ALEEIA BEED A MINOR CHILD AND HEIR AT LAW** and Defendants, **PINNACLE REALTY MANAGEMENT COMPANY D/B/A PR MANAGEMENT COMPANY A/K/A THE WILLOWS APARTMENTS**, by and through their attorneys of record; and for Minor Plaintiff, **ALEEIA BEED**, Guardian Ad Litem, **TROY A. HORNSBY**, and all announced ready for trial. Whereupon a jury was waived and it was announced to the Court that the parties hereto had agreed upon a settlement of the causes of action herein.

And such agreement having been made known to the Court, the Court proceeded to hear evidence and is of the opinion from the evidence heard that such settlement is fair and just to the minor Plaintiff, herein and should be apportioned between the Plaintiff as hereinafter provided.

Therefore, the Court hereby ORDERS and DECREES that such recovery should be

apportioned as follows:

**JOY GRAHAM is ordered** to pay $100,000.00 to Prudential Assigned Settlement Services Corp. to fund the periodic payments obligation awarded to said minor Plaintiff, **ALEEIA BEED** as set forth more fully in the Release and Indemnification Agreement signed by the Parties hereto.

The guardian ad litem, **TROY A. HORNSBY**, is hereby accorded a fee of $ 1,500 to be paid directly to the guardian ad litem.

It is further DECREED that the costs of Court herein are taxed against the Defendant by agreement of counsel.

And it further appearing by admissions that said Defendant has fully paid this judgment by paying sums as apportioned on Exhibit A attached hereto, for the use and benefit of said minor, the amount recovered herein for the benefit of said minor, this judgment is now declared fully satisfied, paid off and discharged, and it is ORDERED that no execution shall ever issue hereon.

SIGNED this 24th day of May, 2006.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 24 2006

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK

_____
JUDGE PRESIDING

APPROVED AS TO FORM
AND SUBSTANCE:

ADAM B. ALLEN
BAR NO. 24038738
ATTORNEYS FOR DEFENDANT

MATTHEW Q. SOYARS
ARKANSAS BAR NO. 2003162
ATTORNEY FOR PLAINTIFF

TROY A. HORNSBY
BAR NO.
GUARDIAN AD LITEM